FILED
United States Court of Appeals
Tenth Circuit

September 20, 2016

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

_____

THE ESTATE OF JAMES D. REDD, M.D., by and through Jeanne H. Redd, the personal representative for and on behalf of Plaintiffs Decedent James D. Redd, and his heirs as an individual in a survivorship action and in a wrongful death action,

    Plaintiff - Appellant,

v.

DANIEL LOVE, Bureau of Land Management Special Agent, in his individual capacity,

    Defendant - Appellee,

LAUREN GOOD, Special Agent Bureau of Land Management, in her individual capacity; DAVID KICE, BLM Special Agent, in his individual capacity; DAN BARNES, Bureau of Land Management Special Agent, in his individual capacity; JON EDWARDS, Special Agent Bureau of Land Management, in his individual capacity; SETH FOOTLIK, FBI Special Agent, in his individual capacity; BRENT RANGE, Special Agent Bureau of Land Management, in his official capacity; JENNIFER VANDERVEER, Special Agent Bureau of Land Management, in her individual capacity; SELMA SIERRA, Former BLM Agent Director, in her individual capacity; JUAN PALMA, BLM Utah Director, in his individual capacity; LYNDA VITI, FBI Special Agent, in her individual capacity; NEIL ROGERS, FBI Special Agent, in his individual capacity; DIANE EDEN KISABETH, FBI Agent, in her individual capacity; GIBSON M. WILSON, FBI

No. 16-4010

Special Agent, in his individual capacity;
TIMOTHY FUHRMAN, FBI Spcial
Agent In Charge, in his individual
capacity; JAMES MCTIGHE, FBI
Special Agent In Charge, in his individual
capacity,

    Defendants.

_____

**ORDER**

_____

Before **BRISCOE**, **MURPHY**, and **PHILLIPS**, Circuit Judges.

_____

    This matter was argued by counsel and submitted to the court. Shandor Badaruddin argued for the Appellant. Laura Smith argued for the Appellee.

    Entered for the Court

*Elisabeth A. Shumaker* (signature)

ELISABETH A. SHUMAKER
Clerk of the Court